```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
                        HAMMOND DIVISION
```

UNITED STATES OF AMERICA,    )
                             )
Plaintiff,                   )
                             )
        v.                   )   No. 2:12-CR-46
                             )
JERRY REEVES,                )
                             )
Defendant.                   )

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty, (DE # 22) filed on May 29, 2012. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon Defendant's plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Jerry Reeves' plea of guilty, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 18 U.S.C. § 922(g)(1).

This matter is set for sentencing on August 16, 2012, at 1 p.m.

**DATED:** June 20, 2012            /s/RUDY LOZANO, Judge
                                    **United States District Court**